JOHNSON SERVICE COMPANY, Plaintiff-Appellant, v. GLOBE INDEMNITY COMPANY, Defendant-Appellee.

No. 5639. Decided December 4, 1957.

Lurie & Gifford, Benjamin F. Levinson, Columbus, for plaintiff-appellant.

J. Paul McNamara, Columbus, for defendant-appellee.

## OPINION

Per CURIAM.

Appeal on questions of law from judgment of the Franklin County Common Pleas Court in favor of The Globe Indemnity Company defendant-appellee.

The assignment of errors, briefs of the parties and record have been carefully considered. Finding no error therein prejudicial to the plain-

tiff-appellant, the said assignment of errors is overruled and the judgment of the court below is hereby affirmed and the cause remanded.

PETREE, PJ, BRYANT and MILLER, JJ, concur.